1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
       Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York  10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL  62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14
   IN RE:  BEXTRA AND CELEBREX          Case No. M:05-CV-01699-CRB
15 MARKETING SALES PRACTICES,
   AND PRODUCT LIABILITY                MDL NO. 1699
16 LITIGATION
                                        **STIPULATION AND ORDER OF DISMISSAL**
17 This Document Relates To:            **WITH PREJUDICE**

18 *Patricia Fairley, Individually and as*
   *Administrator of the Estate of David D.*
19 *Fairley (deceased), et. al., vs. Pfizer, Inc.,.*
   *MDL No. 06-6943:* Plaintiff Ron Pyron
20

21        Come now the Plaintiffs, Ron Pyron, and Defendant, Pfizer Inc., by and through the

22 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE

1   stipulate to the dismissal with prejudice of Plaintiffs, **Ron Pyron's** action only, with each side

2   bearing its own attorneys' fees and costs.

3

4

5

6   Dated: _____, 2009          By:_____

7                                           Jayne Conroy
                                            **HANLY CONROY BIERSTEIN**
                                            **SHERIDAN FISHER & HAYES LLP**
8                                           112 Madison Avenue
                                            New York, New York 10016-7416
9                                           (212) 784-6400
                                            (212) 784-6420 (Fax)
10                                          Email: jconroy@hanlyconroy.com

11                              -and-

12                                          **SIMMONSCOOPER LLC**
                                            707 Berkshire Blvd.
13                                          East Alton, IL 62024
                                            (618) 259-2222
14                                          (618) 259-2251 (Fax)

15                                          *Counsel for Plaintiff.*

16

17

18  Dated: _____March 11_, 2009           By:_____

19                                          Michelle W. Sadowsky
                                            **DLA PIPER US LLP**
                                            1251 Avenue of the Americas
20                                          New York, New York 10020-1104
                                            (212) 335-4625
21                                          (212) 884-8675 (Fax)

22                                          *Counsel for Defendant Pfizer, Inc.*

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
    **IT IS SO ORDERED.**
24

25

26  Dated: _____March 30_____, 2009       By:_____

27                                          United States District Court

28

STIPULATION OF DISMISSAL WITH PREJUDICE