1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
      Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York 10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL 62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Patricia Fairley, Individually and as Administrator of the Estate of David D. Fairley (deceased), et. al., vs. Pfizer, Inc.,. MDL No. 06-6943:* <u>Plaintiff Willie Webb</u> | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Willie Webb, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

- 1 -   STIPULATION OF DISMISSAL WITH PREJUDICE

1  stipulate to the dismissal with prejudice of Plaintiffs, **Willie Webb's** action only, with each side
2  bearing its own attorneys' fees and costs.

Dated: _____, 2009        By: _____
                                   Jayne Conroy
                                   **HANLY CONROY BIERSTEIN**
                                   **SHERIDAN FISHER & HAYES LLP**
                                   112 Madison Avenue
                                   New York, New York 10016-7416
                                   (212) 784-6400
                                   (212) 784-6420 (Fax)
                                   Email: jconroy@hanlyconroy.com

                        -and-

                                   **SIMMONSCOOPER LLC**
                                   707 Berkshire Blvd.
                                   East Alton, IL 62024
                                   (618) 259-2222
                                   (618) 259-2251 (Fax)

                                   *Counsel for Plaintiff.*

Dated: ____March 11____, 2009      By: _____
                                   Michelle W. Sadowsky
                                   **DLA PIPER US LLP**
                                   1251 Avenue of the Americas
                                   New York, New York 10020-1104
                                   (212) 335-4625
                                   (212) 884-8675 (Fax)

                                   *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: ____March 30____, 2009      By: _____
                                   United States District Court

- 2 -                              STIPULATION OF DISMISSAL WITH PREJUDICE